## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 09 2009

Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| THE GOVERNMENT OF THE VIRGIN ISLANDS, BUREAU OF INTERNAL REVENUE, ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | $0$ 7- $mc$ - $65$ - $D$ |
| WILLIAM M. LANSDALE, MARIANTHI LANSDALE, LA ISLA VIRGEN, INC., MARINA PACIFICA OIL COMPANY, INC., AND LONESOME DOVE PETROLEUM COMPANY, ) ) ) ) ) ) | CIVIL NO. 2001/0157 |
| Defendants. ) ) | |
| EDWARD E. THOMAS, DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, ) ) ) | |
| Petitioner, ) | |
| v. ) ) | CIVIL NO. 1992/0079 |
| LONESOME DOVE PETROLEUM CO., and MARINA PACIFICA OIL COMPANY, Respondents ) ) ) ) | |

## ORDER

THIS MATTER comes before the Court on the Receiver's Motion for Asset Turnover

and other Equitable Relief. Joanne E. Bozzuto, Third Successor Receiver of Lonesome Dove

Petroleum Co. [hereinafter "Lonesome Dove"] and its predecessor corporations asks the Court to

issue an order that gives Lonesome Dove title to all former Arlyne Lansdale oil, gas and mineral

interests, with the sole exception of five properties reacquired by William Lansdale from Marina

Pacifica Oil Company [hereinafter "Marina Pacifica"].

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion for Asset Turnover and other Equitable Relief is

**GRANTED**;

that within 30 days of this Order, William and Marianthi Lansdale [hereinafter "the Lansdales"] file a detailed, written, sworn, and signed, accounting of all oil, gas, and mineral income from the interests describe in Exhibit A to this Order from September 1992 through the present;

that within 30 days of this Order,  the Lansdales, jointly and severally, and all other shareholders of Lonesome Dove, and their agents, attorneys, and employees and all those in active concert or participation with them or who receive notice of this Order pay, account for and return to the Receiver all income derived from the oil, gas and mineral interests described in Exhibit A to this Order.

that within 14 days of this Order, William Lansdale transfer and convey all legal and equitable title in the oil, gas and mineral interests in Exhibit A to Lonesome Dove;

that Joanne E. Bozzutto is reappointed receiver of Lonesome Dove, and all its assets, wherever located, with the full powers of equity receiver as set forth in the Court's September 15, 1992 Order and a copy of this Order shall be recorded by the Receiver in each county in each state in which the properties referenced in Exhibit A to this Order are located;

that the Lansdales reimburse the receivership for all costs, receiver and attorney fees incurred in bringing this motion before the Court, that they have not already paid; and

that within 60 days, the Receiver detail such costs, receiver and attorney fees, and file an appropriate proposed Order.

2

ENTER:

DATE:    October 5, 2009

_____/s/_____
RAYMOND L. FINCH
SENIOR DISTRICT JUDGE

3

EXHIBIT A

Case: 3:92-cv-00079-RLF-GWB    Document #: 436    Filed: 10/05/2009    Page 4 of 10

LONESOME DOVE PETROLEUM CO.
FORMER A LANSDALE OIL AND GAS LEASE AND FEE MINERAL INTERESTS
OWNED BY LONESOME DOVE PETROLEUM CO.

EXHIBITS A and D TO MAY 5, 1989 MULTI-ACTION SETTLEMENT AGREEMENT ORDER

| 1989 Multi-Action Order ¶ Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A ¶ Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | STATE | SPNB ASSET NUMBER | 86 Missing SPNB Files - NP | COUNTY | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | W-62738 | 45 | A | | 5% S2 SEC 5 T15N R96W | WY | 6936692-00 | | Sweetwater | Triton Unit Area |
| 2 | 2 | W-61657 | 30 | A | | 5% N2SE SESE SEC26 T4IN R72W | WY | 6936720-00 | | Converse | Well Described in Sub Asset |
| 3 | 3 | W-28379 | 44 | A | | 5% POR SEC 33 & 34 ALL 35 T32N R114W | WY | 6936730-00 | | Sublette | Castle Creek Unit |
| 4 | 4 | W-31557 | | A | | 5% W2 SEC 10 T18N R112W | WY | 6936739-02 | | Lincoln/Uinta /Sweetwater | WexproQuestar Company Wells – Bruff Unit Wells: 10-1, 10-2, 10-3, 10-4 |
| 5 | 5 | W-31557 | | A | | 5% W2 SEC 28 T19N R112W | WY | 6936739- | | Lincoln/Uinta | Bruff Unit #28-1, 28-2, 28-3, 28-4 Wells Wexpro/Questar |
| 6 | 6 | W-59119 | | A | | 5% ALL SECS 20 & 34 T22N R94W | WY | 6936853-01 | | Sweetwater | Well Described in Sub Asset |
| 6 | | W-59119 | | A | | 5% SEC 28 T23N R94W | WY | 6936859-00 | | Sweetwater | Well Mesaverde 1 – Wamsutter Limited Partnership |
| 7 | 7 | W-16211 | 40 | A | | 5% 5-13N-98W 31-14N-99W 1-13N-100W | WY | 6936859-01 | | Sweetwater | Well Described in Sub Asset |
| 8 | 8 | W-16211 | | A | | 5% NE3W SW5W SEC 1 T13N-R100W | WY | 6936860-00 | | Sweetwater | Kinney Unit |
| 9 | 9 | W-16211 | 40 | A | | 5% POR SECS 1 12 T6N R76W | WY | 6936066-00 | | Campbell | Andy Unit #1 |
| 10 | 10 | W-62705 | | C | | 4.5% ALL SEC 25 T31N R112W | WY | 6936255-00 | | Sublette | Exp 01-31-88 |
| 11 | 11 | W-62124 | | C | | 100% POR 8 SECS T33N R113W | WY | 6936256-00 | | Sublette | Exp 01-31-88 |
| 12 | 12 | W-62137 | | C | | 5% POR SECS 19 24 26 T28N R92W | WY | 6936257-00 | | Fremont | Exp 05-31-88 |
| 13 | 13 | W-62722 | | C | | 100% POR SEC 13 T13N SEC 6 T54N R81W | WY | 6936258-00 | | Sheridan | Exp 05-31-88 |
| 14 | 14 | W-63085 | | C | | 5% SW SEC 2 T49N R99W | WY | 6936259-00 | | Big Horn | Exp 03-31-88 |
| 15 | 15 | W-63148 | | C | | 100% POR SEC 16 18 TR 46I 47I T52N R98W | WY | 6936260-00 | | Big Horn | Exp 03-31-88 |
| 16 | 16 | W-63150 | | C | | 3% SEC3 18 T25N R99W | WY | 6936269-00 | | Campbell | Exp 10-31-87 |
| 17 | 17 | W-67214 | | C | | 4% SECS 28 30 31 32 T27N R94W | WY | 6936275-00 | | Fremont | Exp 05-31-88 |
| 18 | 18 | W-62960 | | C | | 4% POR SECS 3 4 9 T33N R87W | WY | 6936278-00 | | Natrona | Exp 08-31-88 |
| 19 | 19 | W-64526 | | C | | 100% POR SEC 17 20 T34N R87W | WY | 6936279-00 | | Natrona | Exp 05-31-88 |
| 20 | 20 | W-63407 | | C | | 100% POR SEC 21 T14N R10W | WY | 6936280-00 | | Sweetwater | Exp 08-31-88 |
| 21 | 21 | W-64575 | | C | | 100% POR SEC 13 S2S2 SEC 24 T14N R103W | WY | 6936281-00 | | Sweetwater | Exp 08-31-88 |
| 22 | 22 | W-64583 | | C | | 100% POR SEC 4 T13N R106W | WY | 6936282-00 | | Sweetwater | Exp 03-31-88 |
| 23 | 23 | W-64599 | | C | | 100% POR SEC 9 T13N R106W | WY | 6936283-00 | | Sweetwater | Exp 08-31-88 |
| 24 | 24 | W-64759 | | C | | 100% SD5E SEC 33 S25W SEC 34 T40N R68W | WY | 6936284-00 | | Converse | Exp 09-30-88 |
| 25 | 25 | W-64763 | | C | | 100% SW SEC 21 T54N R68W | WY | 6936286-00 | | Weston | Exp 02-28-89 |
| 26 | 26 | W-65309 | | C | | 3% POR SECS 26 27 35 T44N R68W | WY | 6936287-00 | | Natrona | Exp 01-31-89 |
| 27 | 27 | W-65638 | | C | | 4% POR SECS 2 29 T27N R94W | WY | 6936288-00 | | Fremont | Exp 01-31-89 |
| 28 | 28 | W-66148 | | C | | 100% LT 1 9 SEC 6 NW SEC 8 T16N R99W | WY | 6936289-00 | | Sweetwater | Exp 02-28-89 |
| 29 | 29 | W-65001 | | C | | 100% POR SEC 22 26 34 T20N R108W | WY | 6936291-00 | | Sweetwater | Exp 02-28-89 |
| 30 | 30 | W-66536 | | C | | 100% POR SEC 18 T19N R102W | WY | 6936292-00 | | Sweetwater | Exp 02-28-89 |
| 31 | 31 | W-66559 | | C | | 100% POR SEC 10-16 TR 39 40 T13N R111W | WY | 6936293-00 | | Uinta | Exp 02-28-89 |
| 32 | 32 | W-66566 | | C | | 5% SEC 12 13 14 23 T12N R116W | WY | 6936294-00 | | Sweetwater | Exp 02-28-89 |
| 33 | 33 | W-65619 | | C | | 5% SEC 3 9 T16N R104W | WY | 6936295-00 | | Sweetwater | Exp 03-31-89 |
| 34 | 34 | W-67158 | | C | | 100% LT 3 4 S2NW SW SEC 2 T17N R101W | WY | 6936296-00 | | Fremont | Exp 02-28-89 |
| 35 | 35 | W-67494 | | C | | 100% POR SEC 19 21 23 29 T27N R86W | WY | 6936297-00 | | Fremont | Exp 04-30-89 |
| 36 | 36 | W-67524 | | C | | 4% POR SEC 22 26 T20N R101W | WY | 6936298-00 | | Sweetwater | Exp 04-30-89 |
| 37 | 37 | W-67535 | | C | | 4% LT 1-4 S2N2 SEC 1 T42N R79W | WY | 6936299-00 | | Sweetwater | Exp 04-30-89 |
| 38 | 38 | W-67709 | | C | | 5% POR SEC 5 11 T33N R98W | WY | 6936300-00 | | Johnson | Exp 05-31-89 |
| 39 | 39 | W-67748 | | C | | 5% ALL SEC 9 T31N R112W | WY | 6936302-00 | | Fremont | Exp 03-31-88 |
| 40 | 40 | W-67811 | | C | | 100% POR SEC 18 T44N R66W | WY | 6936304-00 | | Sublette | Exp 05-31-89 |
| 41 | 41 | W-66311 | | C | | 100% ALL SEC 8 T16N R96W | WY | 6936306-00 | | Washakie | Exp 05-31-89 |
| 42 | 42 | W-61741 | | C | | 3% SECS 3 20 32 T53N R72W | WY | 6936308-00 | | Sweetwater | Exp 06-30-89 |
| 43 | 43 | W-68990 | | C | | 3% SECS 22 23 26 T53N R87W | WY | 6936309-00 | NP | Campbell | Exp 08-31-88 |
| 44 | 44 | W-66056 | | C | | 100% POR SEC 4 9 T14N R109W | WY | 6936310-00 | NP | Natrona | Exp 10-01-89 |
| 45 | 45 | W-68160 | | C | | 100% ALL SEC 28 T15N R110W | WY | 6936311-00 | | Sweetwater | Exp 09-30-89 |
| 46 | 46 | W-68162 | | C | | 100% POR SEC 12 13 24 T29N R111W | WY | 6936312-00 | | Sweetwater | Exp 09-30-89 |
| 47 | 47 | W-69174 | | C | | 100% POR SEC 28 32 33 T15N R114W | WY | 6936313-00 | NP | Sublette | Exp 09-30-89 |
| 48 | 48 | W-68160 | | C | | 100% POR SEC 12 13 15 T14N R101W | WY | 6936314-00 | | Uinta | Exp 09-30-89 |
| 49 | 49 | W-68158 | | C | | 100% POR SEC 12 13 15 T14N R101W | WY | 6936315-00 | NP | Sweetwater | Exp 10-31-89 |
| 50 | 50 | W-66075 | | C | | 5% W2 SEC 35 T54N R96W | WY | 6936316-00 | NP | Big Horn | Exp 08-30-89 |

EXHIBIT A

Order for Turnover and Other Equitable Relief – Exhibit A

| 1990 Multi-Action Order Ref | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A Ref | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | COUNTY | STATE | SPN8 ASSET NUMBER | 86 Missing SPN8 Files | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | W-62742 | | C | | 100% LT 7-10 15-18 SEC 5 T48N R95W | Washakie | WY | 695632B-00 | NP | Exp 04-30-88 |
| | 52 | W-65162 | | C | | 3% POR SECS 22 23 T33N R75W | Converse | WY | 695633-00 | | Well Described in Sub Asset |
| | 53 | W-65162 | | C | | 3% SE NW SEC 22 T33N R75W | Converse | WY | 695630-01 | NP | Deer Creek Fed 22-6 |
| | 54 | NM-35926 | | C | | 100% LT 1 SEC 8 T22S R2E | Eddy | NM | 695633-00 | NP | Exp 05-31-89 |
| | 55 | NM-35926 | | C | | 5% NWSW SEC 22 T21S R2E | Eddy | NM | 695634-00 | NP | Exp 02-28-89 |
| | 56 | WY ST 79-0329 | | C | | 4% ALL SEC 36 T22N R117W | Lincoln | WY | 695635-00 | NP | Exp 05-02-69 |
| | 57 | W-66354 | | C | | 5% SECS 11 12 14 T45N R81W | Johnson | WY | 695635A-00 | | Exp 07-31-89 |
| | 58 | W-64049 | | C | | 5% SECS 2 11 T35N R96W | Big Horn | WY | 695636-00 | | Exp 07-31-89 |
| | 59 | W-67505 | | C | | 5% W2 SE SEC 25 T54N R96W | Big Horn | WY | 695636A-00 | | Exp 04-30-89 |
| | 60 | NM-32577 | | C | | 100% SE SEC 3 T20S R2E | Eddy | NM | 695698-00 | | Exp 03-31-88 |
| | 61 | U-31792 | | C | | 5% SESW SEC 13 T17S R2E | Sweetwater | WY | 695667-00 | | Exp 05-30-89 |
| | 62 | U-31792 | 9 | C | | 100% POR SEC 7 8 9 T26N R82W | Grand | UT | 695607-01 | | Well Landsdale 13-13 |
| | 63 | U-31792 | 9 | C | | 5% W2 W2SW NESW SEC13 T17S R23E | Grand | UT | 695607-00 | | Well Landsdale 13-13 |
| | 64 | U-38385 | | A | | 5% SESW SEC 13 T17S R25E | Grand | UT | 695611-01 | | Well Described in Sub Asset |
| | 65 | U-38385 | | A | | 100% POR E2 SE2 W2 SEC 10 T20S R24E | Grand | UT | 695611-00 | | Well 9-2A |
| | 66 | U-38385 | | A | | 5% SENE SEC 9 T20S R24E | Grand | UT | 695614-00 | | Well Described in Sub Asset |
| | 67 | U-38386 | | A | | 100% POR NW SEC 14 NW SEC 15 T20S R24E | Grand | UT | 695614-01 | | Well Broadhead 1 |
| | 68 | U-38547 | | A | | 5% POR SE SEC 29 ALL 30 19 28 T18S R24E | Grand | UT | 695615-00 | | Exp 11-30-87 |
| | 69 | U-41175 | | A | | 100% NONE NENW SEC 13 T17S R24E | Grand | UT | 695616-00 | | Exp 3-31-89 |
| | 70 | U-41164 | | A | | 5% SWNE SEC 22 T18S R25E | Grand | UT | 695616-01 | | U-6868 |
| | 71 | ML-34922 | | A | | 5% ALL SEC 32 T18S R25E | Grand | UT | 695617-00 | | Exp 11-30-87 |
| | 72 | U-10047 | | A | | 100% POR SEC 3 8 T21S R23E | Grand | UT | 695623-00 | NP | Well Described in Sub Asset |
| | 73 | U-10047 | | A | | 100% SWNE SEC 3 T21S R23E | Grand | UT | 695629-01 | | Well #3 |
| | 74 | U-10047 | | A | | 100% POR SECS 4 9 10 11 14 T21S R23E | Grand | UT | 695629-00 | | Well Described in Sub Asset |
| | 75 | U-10759 | | A | | 100% SENE SEC 9 T20S R24E | Grand | UT | 695630-22 | | Well 6 |
| | 76 | U-10759 | | A | | 100% POR NW SEC 10 T21S R23E | Grand | UT | 695631-00 | | Well 2 |
| | 77 | U-10759 | | A | | 5% POR SECS 28 35 T18S R26E | Grand | UT | 695631-01 | | Well Described in Sub Asset |
| | 78 | U-6821 | | A | | 5% SWNW SEC 30 T18S R26E | Grand | UT | 695634-00 | | Well Described in Sub Asset |
| | 79 | U-6821 | | A | | 100% POR SEC 4 22 23 T20S R24E | Grand | UT | 695635-00 | | Fed #3 |
| | 80 | U-7218 | | A | | 100% NWSWNE SEC 29 T20S R24E | Grand | UT | 695664-00 | | Fed #4 |
| | 81 | U-7218 | | A | | 100% SWNE SEC 29 T20S R24E | Grand | UT | 695664-02 | | Well Described in Sub Asset |
| | 82 | U-7218 | | A | | 5% POR SEC 27 T18S R25E | Grand | UT | 695629-02 | | Well #8 |
| | 83 | U-6868 | | A | | 100% SWNE SEC 27 T18S R25E | Grand | UT | 695669-01 | | Well 27-33 |
| | 84 | U-6868 | | A | | 100% SWSE SEC 27 T18S R25E | Grand | UT | 695669-02 | | Triton Unit #10 |
| | 85 | U-6868 | | A | | 100% NESW SEC 6 7 8 T13N R98W | Grand | UT | 695692-02 | | Triton Unit #10 |
| | 86 | W-62738 | 45 | A | | 5% NESW SEC 6 T13N R98W | Sweetwater | WY | 695692-03 | | Triton Unit Second Revision |
| | 87 | W-62738 | 45 | A | | 5% NWNE SEC 8 T13N R98W | Sweetwater | WY | 695693-00 | | MIKES DRAW TEAPOT UNIT - H&M Lansdale #1-24 Well |
| | 88 | W-62738 | 45 | A | | 4% N2SE SESE SEC 24 T36N-R70W | Converse | WY | 695693-03 | | Lansdale #2-1 Well |
| | 89 | W-35174 | 28 | A | | 4% N2NW SEC 24 T36N-H70W | Converse | WY | 695693-03 | | Lansdale #2-24 Well |
| | 90 | W-35174 | 28 | A | | 5% S2NE NWNE SEC 24 T36N-R70W | Converse | WY | 695693-05 | | Lansdale #5A-13 Well |
| | 91 | W-35174 | 28 | A | | 4% W2SE SESE SEC 13 T36N-R70W | Converse | WY | 695693-05 | | Lansdale Federal #4-13 Well |
| | 92 | W-35174 | 28 | A | | 4% W2SW NESW SEC 13 T36N-R70W | Converse | WY | 695669-05 | | Triangle U Tr 12A |
| | 93 | W-35174 | 28 | A | | 4% W2SW SESW SEC 15 T46N-R75W | Converse | WY | 695669-02 | | Triangle U Tr 10A |
| | 94 | W-39561 | 29 | A | | 4% W2SW SESW SEC 15 T46N-R75W | Campbell | WY | 695670-01 | | Hartzog Draw U Fed 30-1 |
| | 95 | W-39561 | 29 | A | | 2% SW/4NE/4 SEC 30 T44N R74W | Campbell | WY | 695700-02 | | Hartzog Draw U Well Fed 1 |
| | 96 | W-42595 | 29,30 | A | | 2% LOT 4 SEC 30 T44N R74W | Campbell | WY | 695700-02 | | Hartzog Draw U Tr 24 A |
| | 97 | W-42595 | 29,30 | A | | 2% E2SW SEC 30 T44N R74W | Campbell | WY | 695700-04 | | Hartzog Draw U Tr 24 B |
| | 98 | W-42595 | 29,30 | A | | 2% LOTS 1 2 SE/4NW/4 SEC19 T44N R74W | Campbell | WY | 695700-05 | | Hartzog Draw U Tr 60 |
| | 99 | W-42595 | 29,30 | A | | 2% E2SW SEC 30 T44N R74W | Campbell | WY | 695701-00 | | Phillips – Hartzog Draw Unit T 41 |
| | 100 | W-42595 | 29,30 | A | | 2% LOT 4 SEC 18 T44N R74W | Campbell | WY | 695701-01 | | Well Described in Sub Asset |
| | 101 | W-42595 | 29,30 | A | | 2% PORS SECS 1 & 11 T40N R74W | Campbell | WY | 695703-02 | | Vrg Fed 1-2 |
| | 102 | W-56514 | 29,31 | A | | 2% S2 S2NE SEC 2 T40N R74W | Johnson | WY | 695704-00 | | Taylor Bell 12-1 |
| | 103 | W-51551 | 29,31 | A | | 5% SESW SEC 12 T40N R74W | Johnson | WY | 695703-02 | | Cub Draw Unit, Conoco Fed. #1 and 1-19 |
| | 104 | W-51551 | 29,31 | A | | 4% NW NWNE SONE/2 & N2 SE-30 46N-76W | Johnson | WY | 695704-00 | | Cub Draw Unit #1-19 |
| | 105 | W-21221 | 30,32,45 | A | | 4% LOTS 3 E2SW SEC 30 T46N R76W | Campbell | WY | 695704-02 | | Cub Draw Unit Tr I-J |
| | 106 | W-21221 | 30,32,37,45 | A | | 4% LOT 4 SEC 30 T46N R70W | Campbell | WY | 695704-03 | | Cub Draw Unit Tr 13 |
| | 107 | W-21221 | 30,32,37,45 | A | | 4% LOT 3 E2SW SEC 30 T46N R76W | Campbell | WY | 695706-01 | | #2-11 Well |
| | 108 | W-18346 | 33 | A | | 4% LOTS 34 SWNW SEC 2 T45N R68W | Campbell | WY | 695706-02 | | #3-17B Well |
| | 109 | W-18346 | 34 | A | | 5% LOTS 3 4 S2NE SEC 3 T45N R68W | Campbell | WY | 695706-03 | | #3-33 Well |
| | 110 | W-18346 | 35 | A | | 5% NWSE SEC 12 T45N-R68W | Campbell | WY | 695707-00 | | Well Described in Sub Asset |
| | 111 | W-56939 | | A | P&A | 5% PTN SECS 11 12 13 14 T35N R72W | Converse | WY | 695707-01 | | Scott Fed 12-1 |
| | 112 | W-56939 | | A | P&A | 5% NENE S2NE SEC 12 T35N R72W | Converse | WY | 695707-00 | | |

| 1984 Multi-Action Order # Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | SPWB ASSET NUMBER | STATE | COUNTY | 96 Missing SPWB Files | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 79 | W-27706 | 29,36 | A | | 4% E2NE SEC 35 T48N R70W | 693670-00 | WY | Campbell | NP | South Bishop Ranch Unit |
| 114 | 80 | W-60151 | | A | | 5% POR SEC 2 T19W R112W | 693671-00 | WY | Sweetwater | NP | Fabian Ditch Wells 3-2, 4-2, 1-2, 2-2, 505 - Anadarko and Westport Oil & Gas |
| 115 | 81 | W-48517 | | C | | 5% SWNW NENW SEC 17 T29N R112W | 693671-00 | WY | Sublette | | Unit Described in Sub Asset |
| 116 | | W-48517 | | C | | 5% SENW E2SW SWSE SEC 17 T29N R112W | 693671-01 | WY | Sublette | | Belmonth Isenhour Army Unit |
| 117 | 82 | W-58671 | | A | | 5% NENE SENE E2SW SE SEC 34 T27N R93W | 693671-01 | WY | Fremont | NP | East Antelope Unit Area |
| 118 | | W-58671 | | A | | 5% NWSE SEC 28 T27N R93W | 693670-02 | WY | Fremont | NP | Hope 1 Well |
| 119 | 83 | W-61567 | 30 | A | | 5% POR SECS 13 24/24 T43/41N R72W | 693670-01 | WY | Converse | | Starwick Wulfater #1 |
| 120 | 84 | W-52237 | 29 | A | | 5% NW/4 SEC 8 T43N R74W | 693672-00 | WY | Campbell | | Hartzog Draw Unit T 42 |
| 121 | | U-8621 | | A | | 3% NW/4 SEC 35 T8S R21E | 693672-00 | UT | Uinta | | Formerly Conoco Federal #35 -- now Fed 35-swells (9) Westport Oil & Gas 1/20/2005 $5,247.05 |
| 122 | 86 | W-65530 | 29,30 | A | | 4% POR SEC 31 32 T45N R66W | 693673-00 | WY | Weston | | Fed 1-32 |
| 123 | | W-65530 | 29,30 | A | | 5% NW SW SEC 32 T45N R8W | 693672-00 | WY | Weston | | Fogarty Creek Unit |
| 124 | 87 | W-52811 | 58 | A | | 4% NW/4 SEC 22 T28N R114W | 693672-00 | WY | Sublette | | Castle Creek 21-28 Well |
| 125 | 88 | W-28379 | 44 | A | | 5% E2NE SEC 33 T28N R114W | 693673-00 | WY | Sublette | | Castle Creek 28-28 Well |
| 127 | 89 | W-33796 | 44 | A | | 5% SW SEC 33 34 SE 28 T28N R114W | 693673-01 | WY | Sublette | | Well Described on Sub Asset |
| 128 | | W-33796 | | A | | 4% PORS SECS 27 & 34 T3N R72W | 693673-00 | WY | Converse | NP | #1-27 Well |
| 129 | 90 | W-40833 | | A | | 5% NENE SEC 27 T36N R70W | 693673-00 | WY | Converse | | Federal 29-1 (ICA Terminated 1-15-1998 AL Interest May be Terminated) |
| 130 | 91 | W-40879 | | A | | 4% POR SEC 31 32 T26N R70W | 693673-01 | WY | Campbell | | Reservoir Creek, Monola Hills #1-29 |
| 131 | | W-40879 | | A | | 4% POR SECS 28-29 33 & 34 T36N R90W | 693673-02 | WY | Fremont | | Reservoir Creek Monola Hills #1-31 |
| 132 | | W-31557 | | A | | 5% W2SW SEC 28 SE SEC 29 T36N R90W | 693673-01 | WY | Fremont | | Bluff Unit #4-1, 4-2, 4-3, 4-4 Wells Wexpro/Questar |
| 133 | 92 | NM-00491 | 12 | A | | 5% POR SEC 4 T18N-R112W | 693673-01 | WY | Eddy | | Well Described in Sub Asset |
| 134 | | NM-00491 | | A | | 3% S2 SEC 10 T24S R24E | 693673-02 | WY | Eddy | | Lachiguilla Canyon - Redbone Federal #1 and 2 |
| 135 | 93 | NM-22046 | 14 | A | | 5% NE SEC 18 T24N R112W | 693674-01 | NM | San Juan | | So Union Hard Deal 2 Well |
| 136 | | NM-22046 | 14 | A | | 3% SEC 26 W2 SEC 35 T8S R37E | 693674-02 | NM | San Juan | | So Union Hard Deal 2 Well |
| 137 | | NM-22046 | 14 | A | | 3% E2 SEC 23 T8S R37E | 693674-03 | NM | San Juan | | So Union Hard Deal 28 Well |
| 138 | | NM-22046 | 14 | A | | 4% NE - SEC 21 T8S R27E | 693674-04 | NM | San Juan | | Memon Oil/Thompson - Chaco I Well |
| 139 | | NM-22046 | 14 | A | | 4% POR SECS 1 6 7 18 T17S R24E | 693674-04 | NM | San Juan | | So Union Chaco 2 Well |
| 140 | | NM-22046 | 14,1 | A | | 5% LOTS 1 & 2 SEC 18 T17S R24E | 693674-05 | NM | San Juan | | Menon Oil Chaco 2-R Well |
| 141 | | NM-22046 | 13,14 | A | | 4% SE SEC 4 T16S R28E | 693674-06 | NM | San Juan | | Menon Oil Chaco 2-R Well |
| 142 | | NM-22046 | 14 | A | | 5% LOTS 1 7-10-13 16SEC4 T16S R28E | 693674-07 | NM | San Juan | | Dugan Hard Deal 2-J Well |
| 143 | | NM-22046 | | A | | 5% POR SECS 5 6 T7S R24E | 693674-08 | NM | San Juan | | Dugan Hard Deal 2-J Well |
| 144 | 94 | NM-14012 | | A | | 5% LOTS 6 7 E2SW SEC 6 T7S R27E | 693675-00 | NM | Roosevelt | | Ingram Federal N (Navajo Refining 1998) |
| 145 | | NM-14012 | | C | | 5% POR S 13 4 18 T26N R17S R27E | 693675-01 | NM | Roosevelt | | Tesoro Well NQY |
| 146 | 95 | NM-16780 | 15 | A | | 5% POR SEC 1 4 5 9-11 23 T202 1N R4W | 693675-00 | NM | Eddy | | Well - #-SEC 20 T8S R27E - Big Al Oil & Gas and Plains Marketing LP |
| 147 | | NM-16780 | | A | P&A | 5% NENE SEC 11 T20N R4W | 693675-01 | NM | Eddy | | Well Described on Sub Asset |
| 148 | 96 | NM-14772 | 16,21 | A | P&A | 0.375% E2 SEC 34 T44N R16W | 693676-00 | NM | Eddy | | Beard McCaw I Well |
| 149 | | NM-14772 | 16,21 | A | | 0.375% N2 SE SEC 21 T44N R16W | 693676-01 | NM | Eddy | | Well Described on Sub Asset |
| 150 | 97 | NM-00550 | 17 | A | | 0.375% POR SEC 21 12 12 13 T43N R16W | 693676-01 | NM | Chaves | | Well Described in Sub Asset |
| 151 | 98 | NM-17576 | | A | | 0.375% NE SEC 28 T43N R16W | 693677-00 | NM | Chaves | NP | Coquito S 1 7-10-13 16SEC4 T16S R28E |
| 152 | | NM-17576 | | A | | 0.375% SESE SEC 21 SE SEC 28 T44N R16W | 693677-01 | NM | Sandoval | | Birdel Federal PLA |
| 153 | | NM-17576 | | A | | 0.375% W2 SEC 33 T44N R16W | 693678-00 | NM | Sandoval | | Well Described on Sub Asset |
| 154 | 99 | NM-24449 | | A | | 0.375% NW SEC 34 T44N R16W | 693675-01 | NM | Eddy | | McKay Isel Well 1 |
| 155 | | NM-24449 | | A | P&A | 5% NENE SEC 11 T20N R4H | 693751-00 | NM | San Juan | | Well Described on Sub Asset |
| 156 | 100 | C-113561 | 11 | A | | 0.375% E2 SEC 34 T44N R16W | 693752-00 | CO | San Miguel | | Gary-Williams Fenelsal 11-1 |
| 157 | | C-010486 | 11 | A | | 0.375% N2 SE SEC 21 T44N R16W | 693752-00 | CO | San Miguel | | Andys Mesa Unit |
| 158 | 101 | C-010486 | 11 | A | | 0.375% POR SEC 1 21 12 13 T43N R16W | 693753-01 | CO | San Miguel | | Well Described on Sub Asset |
| 159 | | C-010486 | 11 | A | | 0.375% NE SEC 28 T43N R16W | 693753-02 | CO | San Miguel | | Union Andys Mesa Unit Tract 1A |
| 161 | 102 | C-085924 | 11 | A | | 0.375% SESE SEC 21 SE SEC 28 T44N R16W | 693753-02 | CO | San Miguel | | Union Andys Mesa Unit Tract 1 |
| 162 | | C-085924 | 11 | A | | 0.375% W2 SEC 33 T44N R16W | 693755-02 | CO | San Miguel | | Union Oil Andys Mesa Unit Tract 17 |
| 163 | 103 | C-069772 | 11 | A | | 0.375% SECS 4 & 5 32 & 33 T43/44N R16W | 693757-00 | CO | San Miguel | | Union Oil Andys Mesa Unit Tract 17 |
| 164 | 104 | C-099094 | 11 | A | | 0.375% SW4 W2SE4 SEC 28 T44N R16W | 693758-00 | CO | San Miguel | | Andys Mesa Unit |
| 165 | 105 | C-113560 | 11 | A | | 0.375% SECS 2 & 3 T44N R16W | 693759-00 | CO | San Miguel | | Andys Mesa Unit |
| 166 | 106 | C-113586 | 11 | A | | 0.375% SW/4 SEC 34 T44N R16W | 693760-00 | CO | San Miguel | | Andys Mesa Unit |
| 167 | 107 | M-01261-A | 5 | MI | | 25% N2SW SEC 30 T3N R8E | 693762-00 | L | Richland | | Skatto Wells, Riley Road #2, Rokards Vandaiacoum Com #1 |
| 168 | | U-28287 | 2 | A | | 0.375% N2 SE SEC 21 T44N R8E | 693763-01 | MT | Richland | | Ft. Gilbert Wells 5 Fairview Unit – Centerex/Columbia Energy |
| 169 | 108 | U-28287 | 10 | A | | 100% SEISE SEC 21 T14N R35E | 693882-01 | UT | Grand | | Hancock Federal 3-14 |
| 170 | | U-28287 | 10 | A | | 8.0000% POR SEC 4 T17S R25E | 693862-02 | UT | Grand | | Hancock Govt. 10A |
| 172 | 109 | NM-44591 | 19 | A | | 8.0000% POR SEC 4 T17S R25E | 693862-00 | NM | Eddy | | Hancock Govt. 10A |
| 173 | 110 | NM-09545 | 19 | A | | 4% SW4NW4 NW4SW4 SEC 8 T22S R26E | 693862-00 | NM | Eddy | | Lan Sjos #1 Gas |
| | | | | | | 4% W/2 SEC 17 T22S R26E | | | | | Federal AA and Lancaster Spring Unit |

Page 4 of 7

| 1989 Multi-Action Order 1 Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A 1 Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | 89 Missing SPNB Files | SPNB ASSET NUMBER | STATE | COUNTY | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 111 | W-51310 | 45 | A | | 5% SEC 2 3 11 12 T23N R97W | NP | 6908626-00 | WY | Sweetwater | Hay Reservoir Unit |
| 175 | 112 | W-26379-A | 44 | A | | 5% SEC 33 T32N R114W | NP | 6908627-00 | WY | Sublette | Cache Creek Unit |
| 176 | 113 | NM-13880 | 22 | M | | 5% N3/4 SE4SW4 SEC 32 T20S R27E | | 6908628-00 | NM | Eddy | Avalon 32 Federal #s 1 and 2 |
| 177 | 114 | NM-22643 | 22 | M | | 5% NW SEC 4 T19S R32E | NP | 6908629-01 | NM | Lea | Gulf Lansdale Fed D Well |
| 178 | | NM-22643 | 22 | M | | 100% BLKS 515 617 HUNTNGTN B 17ST SC | | 6908629-02 | CA | Orange | Gulf Oil Federal Com 4 Well |
| 179 | | | | M | | 25% POR SEC 33 T3S R14W S/C 4 14S R14W | | 6908631-00 | CA | Orange | MI Subject to expired lease. WMI. Interest Lapsed. |
| 180 | | | | M | | 98.37% 8LOTS BLK420 HUNTNGTN BCH17ST SEC | | 6908632-00 | CA | Posey | Blanche M. Doll |
| 181 | | | 3,4 | M | | 99.836% 4LOTS BLK320 HUNTNGTN BCH17ST SEC | | 6908635-00 | CA | Orange | MI Subject to expired lease. WMI. Interest Lapsed. |
| 182 | | | | M | | 4% SWNW NESW SE SEC 3 T23S R26E | | 6908636-00 | CA | Orange | MI Subject to expired lease. WMI. Interest Lapsed. |
| 183 | 115 | NM-13233 | 18 | M | | 4% LOTS 2 S2NE SEC 4 T23S R26E | | 6908636-01 | NM | Eddy | Well Described on Sub Asset |
| 184 | | NM-13233 | 18 | M | | 25% E2SW E2WS2SW SEC 20 T2N R9E | | 6908639-00 | NM | Eddy | Lovco Oil Unit |
| 185 | | | | A | | 2.5% POR SECS 3 6 T50N R74W | | 6908652-00 | L | Richland | Shatto Wells, Ray Read #2, Rolands VanValkenum Com #1 |
| 186 | | | 6 | A | | 2.5% SEC 6 SENE T50N R74W | | 6908652-01 | NM | Campbell | Well Described in Sub Asset |
| 187 | 117 | W-79450 | | A | | 5% S2 SEC 22 T36N R96W | | 6908655-00 | WY | Campbell | E Jeffers Draw Fed #1 Bill Barrett, Chaco Energy |
| 188 | | W-79340 | | A | | 5% NWNE SEC 28 T43N R76W | | 6908656-00 | WY | Campbell | Verify Status Reservoir Creek - Moneta Hills |
| 189 | 118 | W-61700 | 39 | O | | 5% E2 SEC 26 T26N R110W | | 6908656-01 | WY | Sweetwater | Taylor |
| 190 | 119 | W-59206 | | O | | 5% POR SECS 11 14 T47/46N R96W | NP | 6908657-00 | WY | Hot Springs | Monument Butte IV |
| 191 | 120 | W-52791 | | O | | 5% N2 SEC 17 NE/4 SEC 18 T22N R94W | NP | 6908658-00 | WY | Sweetwater | Seller Draw 11 U |
| 192 | 121 | W-51644 | | O | | 5% SEC 13 14 15 T37N R91W | | 6908911-00 | WY | Fremont | Verify Status |
| 193 | 122 | W-51181 | | O | | S2 SECTION 12 T13N R111/4W | | 6908917-00 | WY | Uinta | Harry Unit |
| 194 | 123 | W-51947 | | O | | 5% NE SW SEC 23 T44N R79W | | 6908918-00 | WY | Johnson | Reservoir Creek Moneta Hills |
| 195 | 124 | W-51353 | | O | | 5% SW4 SEC 32 T15N R90W | | 6908919-00 | WY | Natrona | |
| 196 | 125 | W-51114 | | O | | 5% SW4 SEC 26 T14N R88W | NP | 6908925-00 | WY | Carbon | Monument Valley Unit |
| 197 | 126 | W-47350 | | A | | 4% SWNW SEC 6 T50N R75W | | 6908931-00 | WY | Sweetwater | Andy Unit |
| 198 | 127 | W-46546 | | A | | 5% NESW SEC 27 T50N R75W | NP | 6908933-00 | WY | Campbell | Lovaldy Unit |
| 199 | 128 | W-43687 | 43 | A | | 5% SECS 23 24 N/2 25 T48N R73W | | 6908935-00 | WY | Campbell | Wells Status |
| 200 | 129 | W-39979 | | A | | 5% POR SECS 26 35 T48N R76W | NP | 6908936-00 | WY | Campbell | Bogie Draw Unit |
| 201 | 130 | W-37077 | | O | | 5% POR SECS 21 22 28 T50N R96W | | 6908938-00 | WY | Campbell | Wardel Unit |
| 202 | 131 | W-35219 | | O | | 5% POR 4SEC 22 26 T37N R87W | | 6908944-00 | WY | Big Horn | Exp 06-14-88 |
| 203 | 132 | W-33473 | | O | | 5% SE SEC 30 T36N R91W | NP | 6908945-00 | WY | Natrona | Woods Keenan Ranch Unit |
| 204 | 133 | W-55114 | | O | | 5% LT 1 2 S2 NE SE SEC 21 T10N R100W | NP | 6908970-00 | WY | Converse | Saddlebug Unit |
| 205 | 134 | W-55425 | | M | | 50% POR SE SEC 26 T6S R1SE | NP | 6908975-00 | OK | Choctaw | Carla Patroleum - 1/8 RI |
| 206 | 135 | W-53341 | | M | | 17.013% NE NE of 143.57 NET AC POR J L CHAVERT AC | NP | 6908990-00 | TX | Limestone | 143.57 Min. Ac out of 641 Ac., J L Chavert Sur A-4 including portions of: |
| 207 | | | | | | Vol. 921 Pg. 834 | | 6936991-00 | | | 1. Sims Gas Unit, Vol. 955, Pg. 647, Suppl. Vol. 960 Pg. 547; 2. Colla Sims Gas Unit, Vol. 735 Pg. 240, Amended Vol. 775 Pg. 268; 3. King Gas Unit, Vol. 905 Pg. 781, as Amended Vol. 922 Pg. 842, Vol 934 Pg. |
| 208 | | | | | | | | 6908992-00 | | | Vol. 959 Pg. 661. Marathon Oil and Valero Transmission |
| 209 | | | | M | PBA | 24.005% MI 263.33 NET ACRES POR J L CHAVERT A-4 Vol. 235 Pg. 408 and Vol. 821 Pg. 834 | | 6936993-00 | TX | Limestone | 263.33 Min. Ac.out of 641 Ac., J L Chavert Sur. A-4 including portions of: 1. Doss Gas Unit, Vol. 1165 Pg. 320, Amended Vol. 1194 Pg. 474; 2. Aton Sims Wells, Vol. 1009 Pg. 699. O'Brien Energy Company Operator |
| 210 | | | | M | P&A | 21.5% MI 8.6 NET ACRES POR JL CHAVERT A-4 Vol. 236 Pg. 166 and Vol. 821 Pg. 834 | | 6936994-00 | TX | Limestone | 8.6 mineral acres out of 40 acres. J L Chavert Sur. A-4 including portions of: 1. Doss Gas Unit, Vol. 1165 Pg. 320, Amended Vol. 1194 Pg. 474 O'Brien Energy Company Operator |
| 211 | 136 | NM-16589 | 7 | M | | 0.001872 LOT 56 BLK 14 TRACT 2800 | | 6936995-00 | CA | Los Angeles | Copper & Blain North Wilmington Unit 74 |
| 212 | | NM-16589 | 13 | A | | 5% POR SEGS 9 14 15 & 23 T24N R8W | NP | 6936996-00 | NM | San Juan | Well Described in Sub Asset |
| 213 | | NM-16589 | 13 | A | | 5% SE SEC 15 T24N R8W | NP | 6936996-01 | NM | San Juan | Dugan Prod Mountain 1 Well |
| 214 | | NM-16589 | 13.23 | A | | 5% NENW SEC 14 T24N R8W | | 6936996-02 | NM | San Juan | Marrion Shoofly 1 Well |
| 215 | | NM-16589 | 13.23 | A | | 5% NENE SEC 15 T24N R8W | | 6936996-03 | NM | San Juan | Herron Shoofly 2 Well |
| 216 | 137 | NM-16760 | 13 | A | | 5% N2NE SEC 14 T24N R10W | | 6937000-00 | NM | San Juan | Wells Described on Sub Asset |
| 217 | | NM-16760 | 13 | A | | 5% S2 SEC 18 T24N R8W | | 6937000-01 | NM | San Juan | Dugan Well MF 1 |
| 218 | | NM-16760 | 13 | A | | 5% S2 SEC 12 T24N R10W | | 6937000-02 | NM | San Juan | Dugan Well MF2 |
| 219 | | NM-16760 | 13 | A | | 5% SEC 14 T24N R10W | | 6937000-03 | NM | San Juan | Dugan Well MF3 |
| 220 | | NM-16760 | | M | | 5% S2NE SEC 14 T24N R10W | | 6937000-04 | NM | San Juan | Dugan Well MF 4 |
| 221 | 138 | U-0146256 | | O | | 50% NW SEC 8 T20S R24E | NP | 6937002-01 | UT | Grand | Subject to 20% ORRI to Capansky |
| 222 | | U-074206 | | O | | 5% POR SECS 33 34 4 T18/19S R25E | | 6937003-01 | UT | Grand | Well Described in Sub Asset |
| 223 | | U-0146256 | | O | | 5% SEC 35 T18S R25E | | 6937003-02 | UT | Grand | Well 4 |
| 224 | | U-0146256 | | O | | 5% NWSW SEC 3 T19S R25E | NP | 6937004-00 | UT | Grand | Well 4 |
| 225 | 139 | W-58597 | | O | | 3% LT 24 E2SW SEC 19 T46N R78W | | 6937004-01 | WY | Johnson | Exp 04-30-87 |
| 226 | 140 | W-59081 | | O | | 5% POR SEC 3 9 11 14 T36N R112W | | 6937010-00 | WY | Sublette | Exp 05-31-87 |
| 227 | 141 | W-59238 | | O | | 5% POR SECS 6 7 17 18 T39N R72W | NP | 6937011-00 | WY | Converse | Tillard Unit |

Case: 3:92-cv-00079-RLF-GWB    Document #: 436    Filed: 10/05/2009    Page 5 of 7

| 1989 Multi-Action Order # Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A ¶ Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | COUNTY | STATE | SPHB ASSET NUMBER | 06 Missing SPHB Files | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 228 | 142 | W-56724 | | O | | 5% NW SEC 22 T21N R107W | Sweetwater | WY | 6937021-00 | NP | Exp 11-30-86 |
| 229 | 143 | W-56959 | | O | | 5% POR SEC 2 T4N R16W | Campbell | WY | | | Boggie Draw Unit |
| 230 | 144 | W-57019 | | O | | 5% S2NW SW SEC 33 T36N R92W | Fremont | WY | | | Exp 12-31-86 |
| 231 | 145 | W-57369 | | O | | 5% POR SEC 29 30 32 T53N R77W | Johnson | WY | 6937026-00 | NP | Exp 01-31-87 |
| 232 | 146 | W-57467-A | | O | | 5% LOTS 1-4 SEC 16 T51N R94W | Big Horn | WY | | | Exp 01-31-87 |
| 234 | 147 | W-57531 | | O | | 5% POR SEC 17 22 T28N R110W | Sublette | WY | | | Exp 01-31-87 |
| 235 | 148 | W-57543 | | O | | 4% SC 5 8 18 19 30 31 34 35 T38N R84W | Niobrara | WY | | | Exp 11-28-88 |
| 236 | 149 | W-57680 | | O | | 4% POR SEC 4 T34N R71W | Converse | WY | 6937030-00 | | Exp 11-30-87 |
| 237 | 150 | W-57680A | | O | | 4% POR SEC 3 10 T34N R71W | Converse | WY | 6937031-00 | | Exp 11-30-87 |
| 238 | 151 | W-58018 | | O | | 5% POR SEC 6 T34N R70W | Converse | WY | 6937040-00 | | Exp 03-31-87 |
| 239 | 152 | W-58018 | | O | | 5% POR SEC 5 6 T36N R80W | Fremont | WY | 6937041-00 | | Exp 03-31-87 |
| 240 | 153 | W-58367 | | O | | 5% ALL SEC 10 14 22 POR 2 T19N R106W | Sweetwater | WY | 6937042-00 | | Exp 03-31-87 |
| 241 | 154 | W-58540 | | O | | 5% SE SEC 9 T38N R69W | Converse | WY | 6937043-00 | | Exp 04-30-87 |
| 242 | 155 | W-58890 | | O | | 5% POR 10&26 T35N R77W | Natrona | WY | 6937044-00 | | Exp 05-31-87 |
| 243 | 156 | W-58906 | | O | | 5% POR SEC 13MNW SEC 25 T38N R69W | Converse | WY | 6937048-00 | | Exp 05-31-87 |
| 244 | 157 | W-58965 | | O | | 5% ALL SEC 15 SE SEC 20 T34N R85W | Natrona | WY | 6937049-00 | | Exp 07-31-87 |
| 245 | 158 | W-58977 | | O | | 5% POR SC2&4&27-29 33&34 T46/47N R74W | Johnson | WY | | | Exp 08-31-87 |
| 246 | 159 | W-59453 | | O | | 5% POR SEC 3 10 14 15 T35N R81W | Johnson | WY | 6937051-00 | | Exp 08-31-87 |
| 247 | 160 | W-60471 | | O | | 5% POR SEC 10 13-15 T36N R88W | Natrona | WY | | | Exp 08-31-87 |
| 248 | 161 | W-60492 | | O | | 5% POR SEC 32 33 T13N R92W | Carbon | WY | 6937055-00 | | Exp 09-30-87 |
| 249 | 162 | W-60659 | | O | | 4% SC 4 L1&4 SC 3 T12N R92W | Carbon | WY | 6937056-00 | | Exp 09-30-87 |
| 250 | 163 | W-60659A | | O | | 5% N2NE SESE SEC 19 T38N R71W | Converse | WY | 6937057-00 | NP | Well Described in Sub Asset #22-19 Russell Well |
| 250 | 163 | W-60650 | | O | | 0.633392% S2SE SEC 19 T38N R71W | Converse | WY | 6937058-91 | | Exp 11-30-87 |
| 251 | 164 | W-61194 | | O | | 5% POR SEC 20 21 28 30 33 T38N R66W | Niobrara | WY | 6937059-91 | | Exp 11-30-87 |
| 252 | 165 | W-61268 | | O | | 5% W2 SEC 1 4 5 8 T19N R75W | Campbell | WY | 6937060-00 | | Exp 01-31-88 |
| 253 | 166 | W-61284 | | O | | 5% POR SEC 21-23 26 28 33 35 T52N80W | Johnson | WY | 6937061-00 | | Exp 01-31-88 |
| 254 | 167 | W-61732 | | O | | 5% ALL SEC 27 29&32 T37N R94W | Fremont | WY | 6937062-00 | | Exp 11-30-86 |
| 255 | 168 | W-61813 | | O | | 5% POR SEC 2 3 5 T22N R115W | Lincoln | WY | 6937063-00 | | Exp 01-31-88 |
| 256 | 169 | W-61900 | | O | | 5% POR SEC 30 32 T21N R107W | Sweetwater | WY | 6937064-00 | | Exp 01-31-88 |
| 257 | 170 | W-62037 | | O | | 5% POR SEC 8 T37N R87W | Natrona | WY | 6937065-00 | | Exp 11-30-86 |
| 258 | 171 | W-62612 | | O | | 5% LT 3&4 E2SW SE SEC 3 T13MN R67W | Converse | WY | 6937066-00 | | Exp 10-31-88 |
| 259 | 172 | W-62659 | | O | | 4% SEC 4-9 T56N R74W | Sheridan | WY | 6937067-00 | | Exp 04-30-88 |
| 260 | 173 | W-62565 | | O | | 5% POR SEC 7 8 17 T46N R76W | Johnson | WY | 6937068-00 | | Exp 04-30-88 |
| 261 | 174 | W-62702 | | O | | 5% SW SEC 1 T42N R86W | Natrona | WY | 6937069-00 | | Exp 05-31-88 |
| 262 | 175 | W-63176 | | O | | 5% S2NW N2SW NWSE SEC 15 T14N R103W | Sweetwater | WY | 6937070-00 | | Exp 05-31-88 |
| 263 | 176 | W-63355 | | O | | 5% POR SEC 11-13 20 24 T46N R72W | Campbell | WY | 6937071-00 | NP | Exp 05-31-88 |
| 264 | 177 | W-63425 | | O | | 5% SWNW SEC 19 N2SW SEC 29 T37N R81W | Fremont | WY | 6937072-00 | | Exp 05-31-88 |
| 265 | 178 | W-63650 | | O | | 5% NWNE SEC 21 NWNW SEC 33 T37N R81W | Campbell | WY | 6937073-00 | | Scotty Oaks Unit |
| 266 | 179 | W-63782 | | O | | 5% POR SEC 31 32 T53N R71W | Campbell | WY | 6937074-00 | | Exp 06-30-88 |
| 267 | 180 | W-64467 | | O | | 5% POR SEC 4 26 T18N R102W | Sweetwater | WY | 6937075-01 | | Exp 06-30-88 |
| 268 | 181 | W-64515 | | O | | 5% POR SEC 2 4 5 6 T39N R70W | Converse | WY | 6937079-00 | | Exp 06-30-88 |
| 269 | 182 | W-64821 | | O | | 5% SEC 8 13 14 23&25 T47/48N R81W | Johnson | WY | 6937078-00 | NP | Exp 08-31-88 |
| 270 | 183 | W-65166 | | O | | 5% E2 NE SEC 23 NENW SC 26 T37N R91W | Fremont | WY | 6937082-00 | | Scotty Clark Unit |
| 271 | 184 | W-65662 | | O | | 5% POR SEC 28 29 32 T39N R70W | Converse | WY | 6937083-00 | NP | Exp 12-31-88 |
| 272 | 185 | W-65664 | | O | | 5% POR SW SEC 23 NW SW SC 25 T56N R76W | Johnson | WY | 6937084-00 | | Exp 01-31-89 |
| 273 | 186 | W-65669 | | O | | 5% N2 NE SEC 10 T56N R86W | Big Horn | WY | 6937094-00 | NP | Exp 01-31-89 |
| 274 | 187 | W-66036 | | O | | 5% POR SEC 29 30 T10N R96W | Sweetwater | WY | 6937092-00 | | Exp 01-31-89 |
| 275 | 188 | W-66435 | | O | | 5% LT 1 SENE SEC 2 T25N R111W | Sweetwater | WY | 6937093-00 | | Exp 02-28-89 |
| 276 | 189 | W-66482 | | O | | 5% POR SEC 9 23 T44N R70W | Johnson | WY | 6937094-00 | NP | Exp 02-28-89 |
| 277 | 190 | W-66557 | | O | | 5% POR SEC 28 T6N R71W | Carbon | WY | 6937095-00 | | Exp 02-28-89 |
| 278 | 191 | W-66635 | | O | | 5% SESE SEC 7 SWSW SEC 8 T26N R110W | Sweetwater | WY | 6937096-00 | | Exp 02-28-89 |
| 279 | 192 | W-66736 | | O | | 5% POR SEC 9 23 T44N R70W | Campbell | WY | 6937097-00 | | Exp 02-28-89 |
| 280 | 193 | W-66760 | | O | | 5% POR SEC 28 T6N R71W | Johnson | WY | 6937098-00 | NP | Exp 02-28-89 |
| 281 | 194 | W-67033 | | O | | 5% POR SEC 9 13 24 T40N R71W | Converse | WY | 6937099-00 | | Exp 03-11-89 |
| 282 | 195 | W-67207 | | O | | 5% SE SEC 6 NE SEC 7 T40N R68W | Weston | WY | 6937100-00 | | Exp 03-31-89 |
| 283 | 196 | W-67209 | | O | | 5% POR SEC 3 4 T43N R69W | Johnson | WY | 6937101-00 | | Exp 03-31-89 |
| 284 | 197 | W-67229 | | O | | 5% NENW SWNW SEC 20 T58N R72W | Fremont | WY | 6937102-00 | | Exp 03-31-89 |
| 285 | 198 | W-67456 | | O | | 5% NWSE SEC 8 E2NW SEC 9 T38N R73W | Converse | WY | 6937103-00 | NP | Exp 05-31-89 |
| 286 | 199 | W-67465 | | O | | 5% POR SEC 17 20 T31N R96W | Natrona | WY | 6937104-00 | NP | Exp 05-31-89 |
| 287 | 200 | W-67668 | | O | | 5% REG SEC 33 T32N R72W | Converse | WY | 6937105-00 | NP | Exp 05-31-89 |
| 288 | 201 | W-67733 | | O | | 5% E2 SEC 14 T18N R86W | Sweetwater | WY | 6937106-00 | NP | Exp 07-31-89 |

Order for Turnover and Other Equitable Relief -- Exhibit A

| 1990 Multi-Action Order 1 Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A ¶ Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | COUNTY | STATE | SPN9 ASSET NUMBER | 84 Missing SPN9 Filing * | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 291 | 203 | W-46077 | | C | | 5% POR OF SEC 2 12 T19N R97W | Sweetwater | WY | 6937108-00 | NP | Exp 06-30-89 |
| 292 | 204 | W-46321 | | C | | 5% NESW SWSE SEC 22 T51N R68W | Crook | WY | 6937110-00 | NP | Exp 07-31-89 |
| 293 | 205 | W-46325 | | C | | 5% POR SEC3 3 9 10 T52N R70W | Campbell | WY | 6937111-01 | | Well Described in Sub Asset |
| 294 | | W-46365 | | A | | 5% SEC 10 SESE | Campbell | WY | 6937111-01 | NP | Federal 1-10 |
| 295 | 206 | W-46337 | | C | | 5% POR SEC 25 26 27 T36N R75W | Converse | WY | 6937112-00 | NP | Exp 07-31-89 |
| 296 | 207 | W-46425 | 42 | C | | 5% POR TRACTS 41 70 T51N R99W | Park | WY | 6937113-00 | NP | Exp 07-31-89 |
| 297 | 208 | W-46661 | 42 | C | | 5% NWNE SEC 27 T38N R72W | Converse | WY | 6937114-00 | NP | Exp 08-31-89 |
| 298 | 209 | W-46668 | | C | | 5% SESE SEC 3 T42N R75W | Campbell | WY | 6937115-00 | NP | Exp 08-31-89 |
| 299 | 210 | W-46731 | | C | | 5% POR SEC 20 21 28 T38N R87W | Natrona | WY | 6937116-00 | NP | Exp 08-31-89 |
| 300 | 211 | W-46887 | | C | | 5% SWNE SESE SEC 15 T46N R72W | Sheridan | WY | 6937118-00 | NP | Exp 09-30-89 |
| 301 | 212 | W-46888 | | C | | 5% NESW W2SE SEC 10 T49N R72W | Campbell | WY | 6937119-00 | NP | Exp 09-30-89 |
| 302 | 213 | W-46980 | | C | | 5% POR SEC 3 9 10 T51N R72W | Campbell | WY | 6937120-00 | NP | Exp 09-30-89 |
| 303 | 214 | W-46905 | | C | | 5% POR SEC 30 31 T39N R90W | Fremont | WY | 6937121-00 | NP | Exp 11-30-89 |
| 304 | 215 | W-49166 | | C | | 5% POR SEC 9 T27N R2E 34 T28N R110W | Lincoln | WY | 6937122-00 | NP | Exp 09-30-89 |
| 305 | 216 | W-49176 | | C | | 5% POR SEC 18 30 T20N R113W | Lincoln | WY | 6937123-00 | NP | Exp 09-30-89 |
| 306 | 217 | W-49417 | | C | | 5% POR SEC 22 24 T22N R98W | Sweetwater | WY | 6937124-00 | NP | Exp 11-30-89 |
| 307 | 218 | W-49877 | | C | | 5% POR SEC 5 6 8 T32N R114W | Sublette | WY | 6937125-00 | NP | Exp 12-31-89 |
| 308 | 219 | W-49954 | | C | | 100% SE SEC 33 T14S R2TE | Chaves | WY | 6937134-00 | NP | Exp 01-31-89 |
| 309 | 220 | W-74749 | | C | | 5% POR SEC 3 11 T50N R98W | Big Horn | WY | 6937140-00 | NP | Exp 01-31-89 |
| 310 | 221 | W-76079 | | C | | 5% NWSW SEC 4 T47N R71W | Campbell | WY | 6937141-00 | NP | Exp 06-30-88 |
| 311 | 222 | W-76326 | | C | | 5% E2SE NWSE SEC 33 T33N R95W | Fremont | WY | 6937142-00 | NP | Exp 04-30-91 |
| 312 | 223 | W-76707 | | C | | 5% W2SW SEC 1 T39N R112W | Sublette | WY | 6937144-00 | NP | Exp 04-30-89 |
| **EXHIBIT B** | | | | | | | | | | | |
| 315 | 226 | U-39650 | 27 | MI | | 4.109770% SEC 19 T14N-R9W NMPM | McKinley | NM | 6937190-00 | | SOLD BY FIRST RECEIVER |
| 316 | 227 | U-39654 | | | | 5% S2N2 S2 SEC 5 ALL SEC 8 T16S R24E | Grand | UT | 6938217-00 | | Exp 01-31-88 |
| 317 | 228 | U-44028 | | | | 5% LOT 11 NENW S2SE SEC 15 T18N R72W 1 T25S R24E | Grand | UT | 6938218-00 | | Exp 01-31-88 |
| 318 | 229 | NM-35365 | | | | 100% POR SEC 1 3 4 9 10-12 14 T8S R25E | Uintah | UT | 6938220-00 | | Exp 10-30-89 |
| 319 | 230 | W-50048 | | | | 100% E2NE NWNE SEC 28 T15S R28E | Chaves | NM | 6938228-00 | | Exp 01-31-89 |
| 320 | 231 | W-52118 | | | | 4% POR SEC 24 T17N R111W | Uinta | WY | 6938249-00 | | Exp 05-31-87 |
| 321 | 232 | W-79428 | | | | 5% POR SEC 29 30 T31N R111W | Sublette | WY | 6937145-00 | | Exp 01-27-88 |
| 322 | 233 | W-90972 | | | | 5% SE SEC 17 T38N R66W | Niobrara | WY | | | Exp 11-30-87 |
| 323 | 234 | W-91205 | | | | 5% NWNW SW S2SE SEC 33 T48N R76W | Campbell | WY | | | Exp 01-27-86 |
| 324 | 235 | W-97265 | | | | 5% SE SEC 4 T47N R74W | Campbell | WY | | | Exp 01-27-88 |
| 326 | 236 | WY ST 78-0058 | | | | 5% ALL SEC 16 T21N R97W | Fremont | WY | 6937151-00 | | Exp 01-01-88 |
| 327 | 237 | WY ST 78-0369 | | | | 5% POR SEC 16 T30N R90W | Sweetwater | WY | 6937152-00 | | Exp 05-01-88 |
| 328 | 238 | WY ST 78-0049 | | | | 5% ALL SEC 16 T30N R106W | Sublette | WY | 6937153-00 | | Exp 05-01-88 |
| 329 | 239 | WY ST 78-0526 | | | | 5% POR SEC 16 17 T72N R107W | Sublette | WY | 6937155-00 | | Exp 07-01-88 |
| 330 | 240 | WY ST 78-1001 | | | | 5% SESW SEC 34 W2NW SEC 36 T34N R69W | Converse | WY | 6937156-00 | | Exp 10-31-88 |
| 331 | 241 | WY ST 78-1002 | | | | 5% POR SEC 12 16 29 36 T34N R71W | Converse | WY | 6937157-00 | | Exp 10-31-88 |
| 332 | 242 | WY ST 78-1049 | | | | 5% ALL SEC 36 T50N R94W | Big Horn | WY | 6937158-00 | | Exp 11-30-88 |
| 333 | 243 | WY ST 78-1143 | | | | 6% ALL SEC 36 T16N R100W | Sweetwater | WY | 6937159-00 | | Exp 11-30-88 |
| 334 | 244 | WY ST 78-0508 | | | | 5% NW SEC 16 T43N R76W | Johnson | WY | 6937160-00 | NP | Exp 08-31-89 |
| 335 | 245 | WY ST 79-0067 | | | | 6% ALL SEC 16 T25N R90W | Sweetwater | WY | 6937161-00 | | Exp 09-30-89 |
| 336 | 246 | WY ST 79-099 | | | | 5% ALL SEC 29 T29N R90W | Sweetwater | WY | 6937162-00 | | Exp 11-30-88 |
| 337 | 247 | WY ST 80-140 | | | | 5% POR SEC 17 32 T42N R77W | Johnson | WY | 6937163-00 | | Exp 03-01-90 |
| 338 | 248 | W-70059 | | | | 5% SENE SEC 18 T38N R73W | Converse | WY | 6937165-00 | NP | Exp 09-30-90 |
| 339 | 249 | W-44612 | 24 | | | 5% NW SEC 11 T47N R70W | Campbell | WY | 6937169-00 | NP | Verify Status |
| 340 | 250 | W-16164 | | | | 4% S2NE SEC 3 T3N R66W | Converse | WY | 6937193-00 | | Exp 11-30-88 |
| 341 | 253 | NM-28277 | | A | P&A | 3% E2 SEC 28 T22N R26E | Eddy | NM | 6937196-00 | NP | Exp 03-05-81 |
| 342 | 254 | W-28308 | | | | 5% SESW SEC 28 T21S R32E | Lea | NM | 6937197-00 | | Arbckes 29 A and Cariscas Units -- Energen |
| 343 | 255 | NM-29035 | | A | | 4% NESE SEC 20 T20S R34E | Eddy | NM | 6937199-00 | | Exp 03-05-81 |
| 344 | 256 | NM-30064 | | A | | 4% LT 4 SEC 1 T25S R36E | Lea | NM | 6937208-00 | | Sibney 29 Federal Com #1 -- Chevron USA |
| 345 | 257 | NM-30399 | | | | 4% N2SW SEC 13 T18S R32E | Lea | NM | 6937207-00 | | Exp 05-31-87 |
| 346 | 258 | NM-32410 | 24 | A | | 5% POR SEC 7 19 20 T21S R22E | Eddy | NM | 6937209-00 | NP | Shenney Federal #1 |
| 347 | 259 | NM-33429 | | | | 5% NENE SEC 13 T19S R35E | Lea | NM | 6937210-00 | | Exp 06-30-88 |
| 348 | 260 | NM-34548 | | | | 4% POR SEC 3-4 10 T28S R36E | Lea | NM | 6937211-00 | | Exp 10-31-88 |
| 349 | 261 | NM-34254 | | | | 5% SW SEC 6 T9S R31E | Lea | NM | 6937212-00 | NP | Exp 10-31-88 |
| 350 | 262 | NM-34656 | | | | 5% NWNW SEC 10 T22S R29E | Chaves | NM | 6937213-00 | NP | Exp 11-30-88 |
| 351 | 263 | NM-35157 | | A | | 5% LT 1-5 S2NE SENW SE SEC 6 T20N R7W | Eddy | NM | 6937214-00 | NP | Exp 11-30-88 |
| 352 | 264 | NM-35580 | | | | 5% LT 5 SENE SEC 6 T20N R7W | McKinley | NM | 6937215-00 | NP | Exp 02-28-89 |
| 353 | 265 | NM-35883 | | A | | 5% POR 8 SEC T22N R10W | San Juan | NM | 6937216-00 | NP | Exp 03-31-89 |

| 1989 Multi-Action Order 1 Ref. | LEASE COUNT | LEASE NUMBER | 1992 Exhibit A ¶ Ref. | BLM STATUS | WELL STATUS | LEGAL DESCRIPTION | COUNTY | STATE | SPNB ASSET NUMBER | 56 Missing SPNB Files - NP | PROPERTY NAMES, DESCRIPTIONS, WELLS, UNITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 367 | 266 | U-36450 | | C | | 5% POR SEC 11 12 T29S R22E | San Juan | UT | 6937220-00 | | Exp 01-31-87 |
| 368 | 267 | U-35897 | | C | | 5% POR SEC 1 11 13 25 26 T11S R10E | Duchesne | UT | 6937221-00 | | Exp 01-31-87 |
| 369 | 268 | U-43996 | | C | | 4% POR SEC 17 20 28 29 T11S R14E | Duchesne | UT | 6937222-00 | | Exp 10-15-89 |
| 370 | 269 | NM-29457 | | C | | 4% POR SEC 18 T19S R7W | McKinley | NM | | NP | Exp 10-01-08 |
| 371 | 270 | NM-29404A | | C | | 5% POR SEC 22 27 T20S R20E | Chaves | NM | 6937227-00 | | Exp 10-31-87 |
| 372 | 271 | NM-29404 | | C | | 5% POR SEC 4 9 15 T20S R20E | Chaves | NM | 6937234-00 | | Exp 01-31-87 |
| 373 | 272 | W-66931 | | C | | 5% POR SECS 8 20 T18N R9MW | Sweetwater | WY | | NP | Verify Status |
| 374 | 273 | W-56941 | | C | | 5% NW SEC 13 NW SEC 32 T12N R22W | Campbell | WY | 6387246-00 | | Exp 11-30-86 |
| 375 | 274 | W-66042A | 46 | Unknown | | 5% SE/4 SEC 5 T42N R77W | Johnson | WY | 6937247-00 | | Exp 01-31-89 |
| 376 | 275 | W-66042 | | Unknown | | 100% SE/2 NWNE/NWNE SEC 13 T43N R77W | Johnson | WY | 6937251-00 | | Exp 01-31-89 |
| 377 | 276 | U-015010 | | | | 4% POR SECS 7 8 17 T16S R24E | Uintah | UT | 6937251-00 | | Dirty Devil Unit |
| 378 | 277 | W-4925 | | C | TA | 5% W/2NW SE/NW SEC 12 T17N R69W | Sweetwater | WY | 6937252-00 | NP | Verify Status |
| 379 | 278 | W-59454 | | A | | 5% NESW NWSE SEC 10 T17N R99W | Sweetwater | WY | 6937253-00 | | Lansdale Federal #1 |
| 380 | 279 | W-61044 | | C | | 4% POR SECS 18 2 T14N R112W | Sweetwater | WY | 6937254-00 | | Exp 10-30-87 |
| 381 | 280 | W-89076 | | A | | 5% W/2 SEC 13 E2 SEC 14 T48N R95W | Big Horn | WY | 6937258-00 | | Exp 05-31-88 |
| 382 | 281 | W-62057 | 5 | M | | 100% E2 SEC 18 T19N R94W | Sweetwater | WY | 6937259-00 | | Exp 01-31-88 |
| 383 | 282 | NM-32827 | | | | 3.125% S2N2 SEC 30 T20N R9E | Richland | L | 6937260-00 | | Shafto Wells, Ray Reed #2, Roberts VanNaturacom Com #1 |
| 384 | 283 | NM-31365 | | C | | 5% SE SEC 38 E2 SEC 25 T30N R16W | San Juan | NM | 6937261-00 | | Exp 09-30-88 |
| 385 | 284 | NM-17008 | | C | | 5% POR SEC 8 9 T6S R27E | Chaves | NM | 6937262-00 | | Exp 09-30-87 |
| 386 | | NM-17008 | | C | | 4% NE SEC 20 T22N R6W | Sandoval | NM | 6937268-00 | | Well Described in Sub Asset |
| 387 | | NM-17008 | | C | | 4% SW SEC 20 T22N R6W | Sandoval | NM | 6937268-01 | | Integrated 20-22-6 1 Well |
| 388 | | NM-17008 | | C | | 4% SE SEC 20 T22N R6W | Sandoval | NM | 6937268-02 | | Dome 20-22-6 2 Well |
| 389 | | NM-17008 | | C | | 4% NW SEC 20 T22N R6W | Sandoval | NM | 6937268-03 | | Dome 20-22-6 3 Well |
| 390 | 285 | W-70467 | | C | | 100% N2 SW N2SE SWSE SEC 12 T18N R116W | Uinta | WY | 6937273-00 | | Exp 10-30-90 |
| 391 | 286 | W-42256 | | C | | 5% POR SECS 1 2 8 T26N R111W | Lincoln | WY | 6937268-00 | NP | Verify Status |
| 392 | 287 | U-70779 | | A | | 100% LT 1 5 6 E2NW SEC 31 T13N R111W | Sweetwater | WY | 6937281-00 | NP | Exp 09-30-96 |
| 393 | 288 | NM-16579 | 25 | A | | 4% SECS 18 19 POR 30/17 T21N R34W | Sandoval | NM | 6937301-00 | | Well Described in Sub Asset |
| 394 | | NM-16579 | 25, 26 | A | | 4% SWSE SEC 30 T21N R3W | Sandoval | NM | 6937301-01 | | G-Williams Well Taylor 30-15 |
| 395 | | NM-16579 | 25 | A | | 4% SENE SEC 30 T21N R3W | Sandoval | NM | 6937301-02 | | G-Williams Well Taylor 30-8 |
| 396 | 289 | NDM-13087 | 1 | A | | 3% POR SECS 28 34 T14N R101W | Billings | ND | 6937302-00 | | Well Described in Sub Asset |
| 397 | | NDM-13087 | 1 | A | | 3% SE SEC 20 T143N R101W | Billings | ND | 6937302-01 | | Chambers Blacktail Unit 1-20 |
| 398 | | NDM-13087 | 1 | A | | 3% W2NE SEC 28 T143N R101W | Billings | ND | 6937302-02 | | Chambers Blacktail Unit 1-28 |
| 399 | | NDM-13087 | 1 | C | | 3% POR W2NE SEC 28 T143N R101W | Billings | ND | 6937302-03 | | Chambers Blacktail Unit 2-28 |
| 400 | 290 | W-60400 | 8 | M | | 100% LT 4 POR SEC 3 4POR SEC 7 T33N R71W | Converse | WY | 6937303-00 | | Exp 10-30-90 |
| 401 | | | | | | 25.414% MI 84.5 Net Acres POR J L CHAVERT A-4 Vol. 236 and Vol. 821 Pg. 834 | Limestone | TX | 6937330-00 | | 84.5 Min. Ac. out of 332.5 Ac., J L Chavert Sur, A-4, including portions of: 1. Richard Gas Unit, Vol. 1191 Pg. 651; 2. Doss Gas Unit, Vol. 1165 Pg. 320, Amended Vol. 1194 Pg. 474. |
| 402 | 291 | W-86905 | | C | | 5% POR SECS 1-5 8 17 18 T47N R70W | Campbell | WY | 6937448-00 | NP | O'Brien Energy Company Operator / Exp 04-04-88 |
| 403 | 292 | W-65153 | | M | | 25% W2NE SEC 5 T10N R1W | Cleveland | OK | 6937484-00 | NP | 25% Mineral Interest — Possibly Exp 6-27-88 |
| 404 | 293 | U-44029 | | C | | 5% SEC 17 T36N R67W | Converse | WY | 6937489-00 | | Exp 02-29-90 |
| 405 | | | | C | | 5% SEC 16 LOTS 3&4 E2NW SE T17S R25E | Grant | UT | 6937537-00 | | Exp 02-28-90 |
| 406 | | | | M | | 100% LOTS 10 11 POR 12 BLK 3 TRACT 328 | Orange | CA | 6937587-00 | | Community Subsurface Oil and Gas Lease - Chevron |
| 407 | 235 | NM-17781 | 13 | A | | 5% SECS 19 23 T26N R13W | San Juan | NM | 6937789-00 | | Well Described in Sub Asset |
| 408 | | NM-17781 | 13 | A | | 5% N2NE2 SEC 29 T26N R9W | San Juan | NM | 6937789-01 | | Paul Revere #210 |
| 409 | | | 27 | A | | 4.1097% POR SEC 19 T14N R9W | McKinley | MO | 6937790-00 | | Overton Field |
| 410 | 296 | W-100381 | | C | | 5% PTN SECS 10 24 T43N R77W | Johnson | WY | 6937827-00 | | Exp 01-31-89 |